IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICIA A. YELDER,<br><br>                Plaintiff,<br><br>    v.<br><br>DEB HAALAND, Secretary, Department of Interior (National Park Service),<br><br>                Defendant. | Case No. 3:21-cv-00153-JMK |

## ORDER RE: MOTION TO DISMISS

At Docket 13, Defendant has filed a Motion to Dismiss pursuant to Rule 12(b)(6) of Federal Civil Procedure.

Local Civil Rule 7.4 requires that unless otherwise ordered, opposition memoranda must not exceed 35 pages or 10,000 words. Further, a proposed order does not need to be lodged with any cross-motion for summary judgment pursuant to Local Civil Rule 7.1(b)(1).

**IT IS THEREFORE ORDERED:**

1. Plaintiff has until on or before **21 days after the date of this order** to serve and file on Defendant any opposition to Defendant's Motion for to Dismiss at Docket 13.

2. Defendant has until **14 days** after service of the Plaintiff's opposition to serve and file a reply.

DATED this 14th day of June, 2022, at Anchorage, Alaska.

                                                      */s/ Joshua M. Kindred*
                                                      JOSHUA M. KINDRED
                                                      UNITED STATES DISTRICT JUDGE